Daniel K. Ryan (IL SBN 6196616)
dryan@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone:  312-704-3000
Facsimile:   312-704-3001

Robert C. Bohner (CA SBN 136641)
rbohner@hinshawlaw.com
Joann V. Lee (CA SBN 251653)
jlee@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendants Cigna Healthcare of California, Inc.; Cigna Health and Life Insurance Company; Connecticut General Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIH HEALTH HOSPITAL-WHITTIER, a California nonprofit public benefit corporation, formerly Presbyterian Intercommunity Hospital, Inc., and PIH HEATH HOSPITAL-DOWNEY, a California nonprofit public benefit corporation, formerly Downey Regional Medical Center-Hospital, Inc. , <br><br> Plaintiffs, <br><br> vs. <br><br> CIGNA HEALTHCARE OF CALIFORNIA, INC., a California corporation, doing business as Cigna HealthCare of Southern California FQ; CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation; CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation, and DOES 1-50, inclusive, <br><br> Defendants. | Case No.  20-11595 <br><br> **DEFENDANTS' NOTICE OF INTERESTED PARTIES** <br><br> [Fed. R. Civ. Pro. 7.1; L.R. 7.1-1] <br><br><br><br><br><br><br><br><br><br> Complaint Filed:   October 20, 2020 <br> Trial Date:             Not Set |

**TO THE HONORABLE COURT, AND TO THE PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Pursuant to Central District Local Rule 7.1-1, the undersigned, counsel of record for Defendants Cigna Healthcare of California, Inc., Cigna Health and Life Insurance Company, and Connecticut General Life Insurance Company hereby certifies that other than the named parties, no other party has a pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: December 23, 2020            HINSHAW & CULBERTSON LLP

By: /s/ Joann V. Lee
DANIEL K. RYAN
ROBERT C. BOHNER
JOANN V. LEE
Attorneys for Defendants Cigna Healthcare of California, Inc.; Cigna Health and Life Insurance Company; Connecticut General Life Insurance Company

## CERTIFICATE OF SERVICE

*PIH HEALTH HOSPITAL-WHITTER, et al.*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

On December 23, 2020, I served the document(s) entitled, DEFENDANTS' NOTICE OF INTERESTED PARTIES on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY MAIL)**:   I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on December 23, 2020, at Los Angeles, California.

*Lea Borys*
Lea Borys

# SERVICE LIST

### *PIH HEALTH HOSPITAL-WHITTER, et al.*

### Case No. 20NWCV0666

| | |
|---|---|
| C. Darryl Cordero Esq.<br>cdc@paynefears.com<br>Damon Rubin, Esq.<br>dr@paynefears.com<br>Scott O. Luskin, Esq.<br>sol@paynefears.com<br>PAYNE & FEARS LLP<br>200 N. Pacific Highway, Suite 825<br>El Segundo, CA 90245<br>Telephone: (310) 689-1750<br>Facsimile: (310) 689-1755<br>Attorneys for PIH Health Hospital-Whittier and PIH Health Hospital-Downey | Kevin P. Duthoy, Esq.<br>KevinD@bewleylaw.com<br>Leighton M. Anderson, Esq.<br>leightonA@bewleylaw.com<br>BEWLEY, LASSLEBEN & MILLER, LLP<br>13215 Penn Street, Suite 510<br>Whittier, CA 90602<br>Telephone: (562) 698-9771<br>Facsimile ((562) 945-7600<br>Attorneys for PIH Health Hospital-Whittier and PIH Health Hospital-Downey |